UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

TAMARA EDDIE

    Plaintiff,

v.                              CASE NO.:   1:18-cv-21426-JEM

DOLLAR FINANCIAL GROUP, INC.,

    Defendant.

## NOTICE OF PENDING SETTLEMENT

**PLAINTIFF,** TAMARA EDDIE, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff, TAMARA EDDIE, and Defendant, DOLLAR FINANCIAL GROUP, INC., have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents.  Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on this 6th day of December, 2018, a true and correct copy of the foregoing was filed with the Clerk of the Court and served on the parties of record using the CM/ECF system.

                              Respectfully submitted,

                              */s/Heather H. Jones*
                              Heather H. Jones, Esq.
                              Florida Bar No. 0118974
                              William "Billy" Peerce Howard, Esq.
                              Florida Bar No. 0103330
                              THE CONSUMER PROTECTION FIRM, PLLC
                              4030 Henderson Blvd.
                              Tampa, FL   33629
                              Telephone: (813) 500-1500, ext. 205
                              Facsimile: (813) 435-2369
                              Heather@TheConsumerProtectionFirm.com
                              Billy@TheConsumerProtectionFirm.com
                              *Attorney for Plaintiff*