UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: **18-21426-CIV-MARTINEZ-OTAZO-REYES**

TAMARA EDDIE,
    Plaintiff,

vs.

DOLLAR FINANCIAL GROUP, INC.,
    Defendant.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Plaintiff's Notice of Settlement [ECF No. 19], indicating that the parties have reached a settlement in this matter. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before January 7, 2019**.

2. If the parties fail to comply with this order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this __7__ day of December, 2018.

                                                        JOSE E. MARTINEZ
                                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record